FILED
CLERK, U.S. DISTRICT COURT

APR -1 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   Case No.: 5:23-234-SSS
                                 )
              Plaintiff,         )   ORDER OF DETENTION PENDING
                                 )   FURTHER REVOCATION
         v.                      )   PROCEEDINGS
Diamond Bojorquez               )   (FED. R. CRIM. P. 32.1(a)(6); 18
          Valenzuela,           )   U.S.C. § 3143(a)(1))
              Defendant.         )
                                 )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   (X)   information in the Pretrial Services Report and Recommendation

   (X)   information in the violation petition and report(s)

   ( )   the defendant's nonobjection to detention at this time

   ( )   other: _____

1

and/ or

B. ( )    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

( )    information in the Pretrial Services Report and Recommendation

( )    information in the violation petition and report(s)

( )    the defendant's nonobjection to detention at this time

( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:  April 1, 2026

_____
SHERI PYM
United States Magistrate Judge

2